IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DARREYLL THOMAS.,

    Plaintiff,                                              ORDER

    v.                                                        23-cv-880-wmc

KALVIN BARRETT, *et al*,

    Defendants.
_____

        On June 2, 2025, the court received plaintiff's response regarding its continued stay of this action pending Wellpath's Bankruptcy Proceedings and Dischargement. (Dkt. #74.) In his response, plaintiff notes that, because he has suffered an injury in fact, the injury is causally connected to the actions of the defendants, and it is likely that his injury would be redressed by a favorable decision, discharge of the defendants would be irrational and dismissal of this case would be erroneous. Although sympathetic to these concerns, plaintiff's response does not present good grounds for this court to attempt to lift the stay in the present action through August 8, 2025, in order for the bankruptcy court to complete its work for those who wish to take advantage of that option, as discussed in its previous order. (Dkt. #73.) Therefore, that order shall remain in effect.

        If plaintiff has questions about the impacts of the bankruptcy on his claim, he should direct those to the U.S. Bankruptcy Court for the Southern District of Texas, legal counsel of his own choosing, or counsel for the unsecured creditors, listed as:

1

Attorneys Nicholas Zluticky and Zachary Hemenway
Stinson LLP, 1201 Walnut Street, Suite 2900, Kansas City, MO 64106
(816) 842-8600

Attorney Paul Possinger
Proskauer Rose LLP
70 West Madison, Suite 3800, Chicago, IL 60602-4342
(312) 962-3550

Entered this 5th day of June, 2025.

                      BY THE COURT:

                      /s/
                      _____
                      WILLIAM M. CONLEY
                      District Judge